Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT
20 NOV 25 AM 10: 46

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

_____ Division

| | |
|---|---|
| Nazir Abdullah Bey | Case No. 3:20CV-793-CHB |
| | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Commonwealth of of Kentucky, et al | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nazir Abdullah Bey |
| Street Address | in care of [4621] Outer Loop #246 |
| City and County | Louisville Jefferson |
| State and Zip Code | Kentucky Republic [40219] |
| Telephone Number | 502-294-4363 |
| E-mail Address | nazirabdullahbey@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Maurice Raque |
| Job or Title *(if known)* | Bullitt County Sheriffs Office #1244 |
| Street Address | 300 S Buckman Street |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky 40165 |
| Telephone Number | 502-543-2514 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Trevor Ford |
| Job or Title *(if known)* | Bullitt County Sheriffs Office #1055 |
| Street Address | 300 S Buckman Street |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky 40165 |
| Telephone Number | 502-543-2514 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Walt Sholar |
| Job or Title *(if known)* | Bullitt County Sheriffs Office |
| Street Address | 300 S Buckman Street |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky 40165 |
| Telephone Number | 502-543-2514 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Mike Huffman |
| Job or Title *(if known)* | Bullitt County Sheriffs Office |
| Street Address | 300 S Buckman Street |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky, 40165 |
| Telephone Number | 502-543-2514 |
| E-mail Address *(if known)* | |

Defendant No. 5
    Name                                     Marcus Laytham
    Job or Title (if known)       Bullitt County Sheriffs Office
    Street Address               300 S Buckman Street
    City and County          Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-2514
    E-mail Address (if known)    _____

Defendant No. 6
    Name                                       Don Armstrong
    Job or Title (if known)       Bullitt County Attorney Office
    Street Address                300 S Buckman Street
    City and County          Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-1505
    E-mail Address (if known)    _____

Defendant No. 7
    Name                                       Jennifer E. Porter
    Job or Title (if known)       Bullitt County District Court
    Street Address                250 Frank E Simon Ave
    City and County          Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-7104
    E-mail Address (if known)    _____

Defendant No. 8
    Name                                       Paulita A. Keith
    Job or Title (if known)       Bullitt County Circuit Court Clerk
    Street Address                250 Frank E. Simon Ave
    City and County          Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-7104
    E-mail Address (if known)    _____

Defendant No. 9

| | |
|---|---|
| Name | Paul Watkins |
| Job or Title (if known) | Bullitt County Detention Center |
| Street Address | 1671 Preston Highway |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky, 40165 |
| Telephone Number | 502-543-7263 |
| E-mail Address (if known) | _____ |

Defendant No. 10

| | |
|---|---|
| Name | Commonwealth of Kentucky |
| Job or Title (if known) | Office of Civil and Evironmental Law |
| Street Address | 700 Capitol Avenue Suite 118 |
| City and County | Frankfort, Franklin |
| State and Zip Code | Kentucky, 40601 |
| Telephone Number | 502-543-2514 |
| E-mail Address (if known) | _____ |

Defendant No. 11

| | |
|---|---|
| Name | Bullitt County Sheriffs Office |
| Job or Title (if known) | _____ |
| Street Address | 300 S Buckman Street |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky, 40165 |
| Telephone Number | 502-543-2514 |
| E-mail Address (if known) | _____ |

Defendant No. 12

| | |
|---|---|
| Name | Bullitt County Circuit Court |
| Job or Title (if known) | _____ |
| Street Address | 250 Frank E. Simon Ave |
| City and County | Shepherdsville, Bullitt |
| State and Zip Code | Kentucky, 40165 |
| Telephone Number | 502-543-7104 |
| E-mail Address (if known) | _____ |

Defendant No. 13
    Name                              Bullitt County Detention Center
    Job or Title (if known)
    Street Address               1671 Preston Highway
    City and County            Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-7263
    E-mail Address (if known)

Defendant No. 14
    Name                              Bullitt County District Court
    Job or Title (if known)
    Street Address                250 Frank E. Simon Ave
    City and County            Shepherdsville, Bullitt
    State and Zip Code       Kentucky, 40165
    Telephone Number       502-543-7104
    E-mail Address (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment United States Constitution, 5th Amendment United States Constitution, 6th Amendment,

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

 a. If the plaintiff is an individual

  The plaintiff, *(name)*   Nazir Abdullah Bey   , is a citizen of the

  State of *(name)*   Morocco   .

 b. If the plaintiff is a corporation

  The plaintiff, *(name)*   , is incorporated

  under the laws of the State of *(name)*   ,

  and has its principal place of business in the State of *(name)*

  .

 *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

 a. If the defendant is an individual

  The defendant, *(name)*   Maurice Raque   , is a citizen of

  the State of *(name)*   Kentucky   . Or is a citizen of

  *(foreign nation)*   .

The Defendant, Trevor Ford is a citizen of the State of Kentucky.

The Defendant, Walt Sholar is a citizen of the State of Kentucky

The Defendant, Mike Huffman is a citizen of the State of Kentucky.

The Defendant, Marcus Laytham is a citizen of the State of Kentucky.

The Defendant, Paulita A. Keith is a citizen of the State of Kentucky.

The Defendant, Jennifer E. Porter is a citizen of the State of Kentucky.

The Defendant, Paul Watkins is a citizen of the State of Kentucky.

The Defendant, Don Armstrong is a citizen of the State of Kentucky.

The Defendant, Commonwealth of Kentucky, is incorporated under the laws of the State of Kentucky, and has its principal place of business in the State of Kentucky.

The Defendant, Bullitt County Sheriff Office, is incorporated under the laws of the State of Kentucky, and has its principal place of business in the State of Kentucky.

The Defendant, Bullitt County Detention Center, is incorporated under the laws of the State of Kentucky, and has its principal place of business in the State of Kentucky.

The Defendant, Bullitt County Circuit Court, is incorporated under the laws of the State of Kentucky, and has its principal place of business in the State of Kentucky.

The Defendant, Bullitt County District Court, is incorporated under the laws of the State of Kentucky, and has its principal place of business in the State of Kentucky.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

It is $33,600,000 for kidnapping $2,800,0000 for unlawful arrest $2,800,000, for Assault $2,800,000, for Pain and Suffering $2,800,000, for Deprivation of rights under color of law $2,800,000, for conspiracy against rights $2,800,000, for Fraud $2,800,000, for Domestic Terrorism $2,800,000, for Malicious Prosecution $2,800,000, for Punitive Damage 2,800,000, for Defamation $2,800,000, for intimidation $2,800,000.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the fact that the defendant(s) are agents of the Municipal City of Shepherdsville and the commonwealth of Kentucky have violated the State and Federal Constitution, which they are bound thereby, this Tort Claim is being filed against them.  The Municipal agent(s) of the Bullitt County Sheriff Office i.e. Trevor Ford, Maurice Raque conspired to unlawfully detain me.  Trevor Ford, Maurice Raque, Mike Huffman, Marcus Laytham, Walt Sholar, paul Watkins, Don Armstrong conspired to unlawfully kidnap and arrest me.  Defendant Walt Sholar is doing business as the Sheriff of Bullitt County and appointed Defendant(s) Trevor Ford, Marcus Laytham, Maurice Raque, and Mike Huffman as Deputy Sheriffs. Defendant(s) Paulita A Keith and Jennifer E. Porter are agents of the Bullitt County Circuit court and the Bullitt County District Court.  All named Defendant(s) conspired to violate the 4th, 5th, and 6th Amendment of the United States constitution, as well as the 4th, and 6th amendment of the Kentucky Constitution. All Defendant(s) swore an oath to uphold rights afforded by such.  Defendant(s) Bullitt County Sheriff Office, Bullitt County Attorney Office, Bullitt County Detention Center, Bullitt County Circuit Court, and Bullitt County District Court are all incorporated under the laws of the State of Kentucky with their principal place of business in the State of Kentucky and employment at least one named Defendant.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9 Rabi al-Thani 1442 AH  (11/24/2020)

All rights reserved

Signature of Plaintiff

Printed Name of Plaintiff    Nazir Abdullah Bey

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

# AFFIDAVIT OF CLAIM

I, Nazir Abdullah Bey being of the age of majority and of clear and sound mind do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge. I hereby declare claims against the Commonwealth of Kentucky, Maurice Raque, Trevor Ford, Mike Huffman, Walt Sholar, Marcus Laytham, Jennifer E. Porter, Paulita A. Keith, Paul Watkins, Don Armstrong, Bullitt County Sheriff Office, Bullitt County Attorney Office, Bullitt County Detention Center, Bullitt County Circuit Court, Bullitt County District Court in regards to case number(s) 20-F-00780, 20-F-00788. The Claim(s) are as follows;

**Count One (1) Kidnapping** (18 USC 1201) On 4th Rabi al-awwal 1442 AH (10/21/2020) with the threat of deadly weapons, Trevor Ford, Maurice Raque, Mike Huffman and Marcus Laytham and other named Defendant(s) conspired to and unlawfully seized plaintiff while he was travelling without plaintiffs permission. Plaintiff was transported to an unknown facility that the named Defendant(s) commonly refer to as the Bullitt County Detention Center. Plaintiff was held for $500 (surety) ransom for the release of his body. The incident was captured via body camera(s) worn by at least one of the named Defendant(s).

**Count Two (2) False Arrest** (42 USC 1983) On 4th Rabi al-awwal 1442 AH (10/21/2020) With the threat of deadly weapons, Trevor Ford, Maurice Raque, Mike Huffman and Marcus Laytham and other named Defendant(s) conspired to and unlawfully placed plaintiff under arrest. The incident was captured on video.

**Count Three (3) Assault** (18 USC 113) On 4th Rabi al-awwal 1442 AH (10/21/2020) With the threat of deadly weapons, Trevor Ford, Maurice Raque, Mike Huffman and Marcus Laytham and other named Defendant(s) conspired to and forcibly folded arms of Plaintiff and forced him into handcuffs. The incident was captured via body camera(s) worn by at least one of the named Defendant(s).

**Count Four (4) Conspiracy against rights** (18 USC 241) all of the Named Defendant(s) conspired to injure, oppress, threaten, or intimidate plaintiff in free exercise of enjoyment of right(s) and privilege secured by the constitution.

**Count Five (5) Deprivation of rights under color of law** (18 USC 242) On 4th Rabi al-awwal 1442 AH (10/21/2020) all of the named Defendant(s) under the color of law, willfully subjected plaintiff to the deprivation of my rights secured and protected by the constitution, and to different punishments and penalties by reason of my color and race than are prescribed for the punishment of citizens.

**Count Six (6) Fraud** (18 USC 1001) on 4th Rabi al-awwal 1442 AH (10/21/2020) Defendant(s) Trevor Ford, Maurice Raque and Marcus Laytham and other named Defendant(s) conspired to and falsified documents making claims of a crime being committed by the plaintiff.

**Count Seven (7) Defamation** (28 USC 4101) on 4th Rabi al-awwal 1442 AH (10/21/2020) Marcus laytham gave speech that was false, have cause damage to reputation or emotional distress to plaintiff, have presented plaintiff in a false light, and is has resulted in public and private criticism, dishonor, or condemnation. He Conspired with other named Defendant(s)

**Count Eight (8) Intimidation** (42 USC 3617) on 4th Rabi al-awwal 1442 AH (10/21/2020) with the threat of deadly weapons, Trevor Ford, Maurice Raque, Mike Huffman and Marcus Laytham intimidated, threatened, and interfered with Plaintiff in the exercise and enjoyments of right to be free from unlawful searches and seizures secured by the 4th amendment of the United States Constitution and the Kentucky Constitution. They conspired with other named Defendant(s)

**Count Nine (9) Malicious Prosecution** (42 USC 1983) all named Defendant(s) maliciously pursued prosecution of Plaintiff Without Probable Cause.

## Relief

I, Nazir Abdullah Bey respectfully demand this court to grant the following relied $33,600,000. For count one (1) a violation of 18 USC 1201 and the 4th Amendment to the United States Constitution, and 4th Amendment to the Kentucky Constitution $2,800,000. For Count Two (2), a violation of the 4th Amendment to the United States Constitution and eligible under 42 USC 1983, $2,800,000. For count three (3), a violation under 18USC 113 $2,800,000. For count four (4), a violation of 18 USC 241 $2,800,000. For count five (5), a violation of 18 USC 242 $2,800,000. For count six (6), a violation of 18 USC 1001 $2,800,000. For count seven (7), a violation of 28 USC 4101 $2,800,000. For count eight (8), a violation of 42 USC 3617 $2,800,000. For count nine (9), a violation of 42 USC 1983 $2,800,000. For Pain and Suffering caused by all of the the Defendant(s) $2,800,000. For Domestic terrorism $2,800,000. For Punitive damages $2,800,000. Furthermore, I respectfully demand this court to dismiss case number(s) 20-F-00780 and 20-F-00788 with prejudice.

Respectfully Submitted,

Nazir Abdullah Bey, a free Moorish American, aboriginal, Jus Soli, Jus Sanguine, In Solo Proprio, In Full Life.
Signature – All rights reserved.